```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SHANNON DENNIS                                              :
                                    Plaintiff               :
                -against-                                   :        20 Civ. 2868 (LGS)
                                                            :
GREENBERG FARROW ARCHITECTURE                               :        ORDER
INCORPORATED, et al.                                        :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for June 18, 2020.  ECF 10;

WHEREAS, the parties filed a joint letter and proposed Case Management Plan in anticipation of the initial pretrial conference and no significant issues were raised in either.  ECF 18.  It is hereby

**ORDERED** that the June 18, 2020, initial pretrial conference is **cancelled**.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.

Dated: June 16, 2020
       New York, New York

                                                                                                         LORNA G. SCHOFIELD
                                                                          UNITED STATES DISTRICT JUDGE