UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANNON DENNIS,
                               Plaintiff,

                               20 Civ. 2868 (LGS)

             -against-

                               ORDER

GREENBERG FARROW ARCHITECTURE,
INCORPORATED, et al.,
                               Defendants.
------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 16, 2020, a civil case management plan and scheduling order (Dkt. 20) was issued;

      WHEREAS, the parties have not submitted a joint status letter in accordance with paragraph 13(b) of that order; it is hereby

      **ORDERED** that, by **October 5, 2020**, the parties shall submit a joint status letter in compliance with paragraph 13(b).

Dated: October 1, 2020
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**