UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANNON DENNIS,
                      Plaintiff,

              20 Civ. 2868 (LGS)

      -against-

              ORDER

GREENBERG FARROW ARCHITECTURE
INCORPORATED, et al.,
                    Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties exchanged letters regarding Defendants proposed motion for summary judgment. (Dkt. Nos. 30, 32).

      WHEREAS, on October 29, 2020, a pre-motion conference was held and the Court directed the parties to engage in settlement discussions prior to filing any motion. It is hereby

      **ORDERED** that, by **November 2, 2020**, the parties shall file a joint letter stating from whom they would prefer settlement assistance — the assigned magistrate judge, the Court's mediation program, or their own retained mediator. The Court will issue a settlement referral order, and after settlement discussions, the parties shall thereafter, as soon as is practicable, file a letter on ECF informing the Court of the results of the discussions. If settlement discussions are unsuccessful, the Court will order a briefing schedule.

Dated: October 29, 2020
      New York, New York

                                  LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE